# WYLIE M. STECKLOW

WWW.LAWYERSFORTHERESTOFUS.COM

## STECKLOW COHEN & THOMPSON

217 CENTRE ST. FL. 6
NEW YORK, NY 10013
T(212) 566-8000
F(212) 202-4952
INFO@SCTLAW.NYC

April 28, 2016

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **Gersbacher v. The City of New York et al., 14CV7600 (GHW)(KNF)**

Dear Honorable Judge Woods:

      Please recall that my office, along with co-counsel Samuel B. Cohen, represents the Plaintiff in this case.  I am currently in New Orleans and will be returning to New York City the afternoon of May 2, 2016.  I respectfully request an adjournment of the conference ordered for May 2, 2016 at 10:00am (Docket #52 4/26/2016). In light of the specific issues raised by ACC Robinson. I believe my appearance is necessary.

Respectfully Submitted,

~//s//~
Wylie M. Stecklow