

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrew Lucas
Senior Counsel
Email: alucas@law.nyc.gov
Phone: (212) 356-2373

June 6, 2016

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Gersbacher v. City of New York, et. al.
14 cv 7600 (GHW) (KNF)

Dear Judge Woods:

I am a Senior Counsel for The City of New York, attorney for defendants in this action. The parties write to provide a joint status letter ahead of the June 8, 2016 conference.

The parties have completed the depositions ordered at the last conference. Plaintiff has provided all releases discussed with the exception of the school records release. That release has been provided to the plaintiff and will be sent to defendants on receipt.

Defendants have not yet received responses from a number of the more recently provided medical releases. To the extent responses are not forthcoming from the medical providers defendants may request the Court so-order follow up subpoenas. Presently such a request would be premature, as defendants are still awaiting responses.

Given the narrow scope of outstanding issues, the parties request the Court adjourn the status conference set for June 8, 2016.

Respectfully Submitted

_____/s/_____
Andrew Lucas
Senior Counsel

cc: Wylie M. Stecklow
Samuel B. Cohen