USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/08/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                  :

ERIC GERSBACHER,                 :

                  Plaintiff,    :        1:14-cv-7600-GHW

                    -v -                :        <u>ORDER OF REFERENCE TO A</u>
                                    :        <u>MAGISTRATE JUDGE</u>

THE CITY OF NEW YORK, et al.,    :

                  Defendants.  :
------------------------------------------------------------------X

The above entitled action is referred to Magistrate Judge Fox for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**_x_** Specific non-dispositive motion/dispute:
<u>Discovery dispute raised in Plaintiff's August 8, 2016 letter.</u>
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e,*. motion requiring Report and Recommendation)

Particular motion: _____
_____
_____

All such motions: _____

    SO ORDERED.

Date: August 8, 2016                  _____
      New York, NY                         GREGORY H. WOODS
                                              United States District Judge