EXHIBIT  C

# Christine Carville, LCSW

Psychotherapist
NYS Lic. #077953-1
Taxpayer I.D. #566599980

917.674.3421
cbcarville@gmail.com
81 Irving Place, Suite 1A
New York, NY 10003

**Itemized Bill**
Client: Eric Gersbacher

| Date of Service | Description | Hours | Total |
|---|---|---|---|
| 07/07/2016 | Deposition prep and file review | 2.0 | $300 |
| 07/08/2016 | Deposition (9:30am – 2:30pm) | 5.0 | $750 |
| 08/06/2016 | Subpoena, review and begin to gather documents / information | 1.0 | $150 |
| 08/07/2016 | Subpoena, gather documents and materials | 2.0 | $300 |
| 08/15/2016 | Review deposition and return to City of New York signed | 2.0 | $300 |
| 08/17/2016 | Subpoena, meet with attorneys | 1.50 | $225 |
| 09/13/2016 | Meet with attorney re metadata | 1.0 | $150 |
| | | Balance: | $2,175.00 |