UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERIC GERSBACHER,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                          Defendants.

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

14 cv 7600 (GHW)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4, and upon the annexed Declaration of Joy T. Anakhu dated May 19, 2017, defendants will move this Court before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be set by the Court, for an order permitting Joy T. Anakhu to withdraw as counsel for defendants in this action.

Dated:     New York, New York
             May 19, 2017

                                        ZACHARY W. CARTER
                                        Corporation Counsel - City of New York
                                        *Attorney for Defendants*
                                        100 Church Street
                                        New York, New York 10007

                                        By:       /s/
                                                  Joy Anakhu
                                                  Senior Counsel
                                                  New York City Law Department