

ZACHARY W. CARTER
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRACHAH GOYKADOSH**
*Assistant Corporation Counsel*
bgoykado@law.nyc.gov
Phone: (212) 356-3523
Fax: (212) 356-1148

October 11, 2017

**By ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Eric Gersbacher v. City of New York, et al.
                14 Civ. 7600 (GHW) (KNF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York and the attorney assigned to represent Defendants in the above-referenced matter. Defendants write to respectfully request an adjournment of the telephone conference currently scheduled for October 18, 2017 at 11:30 a.m. This is Defendants' second request of this kind.

      On October 4, 2017, Defendants requested an adjournment of the telephone conference, with Plaintiff's consent. (Docket Entry No. 107). The Court granted this request and adjourned the telephone conference to October 18, 2017 at 11:30 a.m. (Docket Entry No. 108). But in their adjournment request, Defendants inadvertently misstated Plaintiff's availability. Plaintiff is not available at all the times included in Defendants' adjournment request and would not be available at the currently-scheduled conference time. Thus, Defendants again request that the Court adjourn the telephone conference. The undersigned sincerely apologize to the Court for her error and for any inconvenience it may cause.

      The parties would be available for a telephone conference any time on October 16, 2017, any time before 11 a.m. or from 2 p.m. to 5 p.m. on October 18, 2017, any time after 12 p.m. on October 23, 2017, or any other time convenient for the Court.

      Thus, Defendants respectfully request that the Court adjourn the telephone conference currently scheduled for October 18, 2017 at 11:30 a.m. to any of the above-mentioned times or any other time convenient for the Court.

      Thank you for your consideration herein.

                         Respectfully submitted,

                         Brachah Goykadosh
                         *Assistant Corporation Counsel*
                         Special Federal Litigation Division

cc:     All counsel of record (by ECF)