

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>Corporation Counsel | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Amy Robinson<br>Spec. Assistant Corp. Counsel<br>Email: arobinso@law.nyc.gov<br>Phone: (212) 356-3518 |

January 12, 2018

**BY ECF**
The Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    <u>Gersbacher v. City of New York, et al.</u>, 14 cv 7600 (GHW)

Your Honor:

      I am an attorney in the Special Federal Litigation Division and assigned to the defense of this case. Defendant writes to respectfully inform the Court that he will not be moving forward with the motion for sanctions against plaintiff's counsel in this matter, which was due for filing today, as the parties have reached an agreement on this matter and will be entering into a stipulation of settlement resolving this dispute.

                                                                   Respectfully submitted,

                                                                           /s/

                                                                   Amy Robinson

cc:    Wylie M. Stecklow, Esq. (via <u>ECF</u>)