```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ERIC GERSBACHER,

                Plaintiff,

        -against-

INSPECTOR EDWARD WINSKI,
                Defendant.
-----------------------------------------------------------------X

14 **CIVIL** 7600 (GHW)

**JUDGMENT**

    A Jury Trial before the Honorable Gregory H. Woods, United States District Judge, having begun on January 2, 2018, and at the conclusion of the trial, on January 8, 2018, the jury having rendered a verdict in favor of the Plaintiff in the amount of $0.01, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the Plaintiff have judgment in the sum of $0.01 as against the Defendant.

DATED:  New York, New York
             January 11, 2018

                                                          RUBY J. KRAJICK
                                                                  _____
So Ordered:                                                  **Clerk of Court**

                                            **BY:**

_____
U.S.D.J.                                                  **Deputy Clerk**