

| | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | |
|---|---|---|
| ZACHARY W. CARTER<br>Corporation Counsel | | Ben Kuruvilla<br>Senior Counsel<br>Email: bkuruvil@law.nyc.gov<br>Phone: (212) 356-3513 |

March 16, 2018

**BY ECF**
The Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

       RE:    Gersbacher v. Edward Winski, 14 cv 7600 (GHW)

Your Honor:

    I am a senior counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendant Inspector Edward Winski in the above-referenced matter. I am writing to advise the Court that defendant hereby withdraws with prejudice any previous request for sanctions referenced at Docket Nos. 155, 164 and 200.

                                          Respectfully submitted,

                                          Ben Kuruvilla

cc:    Wylie M. Stecklow, Esq. (via ECF)